REGINALD STEER (SBN 56324)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:   415-765-9501
EMail:   RSteer@AkinGump.com
[Additional counsel appear on signature page]

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV-08 0720<br><br>**PLAINTIFFS VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state that Plaintiff Valent U.S.A. Corporation is a wholly-owned subsidiary of Plaintiff Sumitomo Chemical Co. Ltd., which is publicly traded on the Tokyo Stock Exchange. Sumitomo Chemical Co. Ltd. does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: January 31, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Reginald D. Steer

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

1
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

1  **Of Counsel**:

2  ARTHUR WINEBURG
   MICHAEL A. OAKES
3  DANIEL E. YONAN
4  **AKIN GUMP STRAUSS HAUER & FELD, LLP**
   1333 New Hampshire Avenue, NW
5  Washington, D.C. 20036
   Telephone: 202.887.4000
6  Facsimile: 202.887.4288

7

   JEFFREY K. SHERWOOD
8  **DICKSTEIN SHAPIRO LLP**
   1825 Eye Street NW
9  Washington, DC 20006-5403
   Telephone: 202-420-3602
10 Facsimile: 202-420-2201

11
   WILLIAM W. SCHWARZE
12 WEIHONG HSING
   **PANITCH SCHWARZE BELISARIO & NADEL LLP**
13 2005 Market Street
   Suite 2200
14 Philadelphia, PA 19103
   Telephone: 215-965-1330
15 Facsimile: 215-965-1331

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT