1   REGINALD D. STEER (SBN 56324)
    AMIT KURLEKAR (SBN 244230)
2   AKIN GUMP STRAUSS HAUER & FELD LLP
    580 California Street, Suite 1500
3   San Francisco, CA 94104-1036
    Telephone: 415-765-9500
4   Facsimile: 415-765-9501

5   [Additional counsel appear on signature page]

6   Attorneys for Plaintiffs
    VALENT U.S.A. CORPORATION AND
7   SUMITOMO CHEMICAL CO. LTD.

*FILED*

*E-filing*

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

*RS*

10  VALENT U.S.A. CORPORATION AND      Case No.
    SUMITOMO CHEMICAL CO. LTD.
11                                     CV 08 0720
            Plaintiffs,
12                                     PLAINTIFFS' CERTIFICATION OF
        v.                             INTERESTED ENTITIES OR PERSONS
13
    SYNGENTA CROP PROTECTION, INC.
14
            Defendant.
15

16

17          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

18  parties, there are no such interests to report.

19  Dated: January 31, 2008                AKIN GUMP STRAUSS HAUER & FELD LLP

20

21                                         By_____
                                                    Reginald D. Steer
22

23                                         Attorneys for Plaintiffs
                                           VALENT U.S.A. CORPORATION AND
24                                         SUMITOMO CHEMICAL CO. LTD.

25

26

27

28

                                        1

1 | **Of Counsel:**

2 | ARTHUR WINEBURG
MICHAEL A. OAKES
3 | DANIEL E. YONAN
AKIN GUMP STRAUSS HAUER & FELD, LLP
4 | 1333 New Hampshire Avenue, NW
Washington, D.C. 20036
5 | Telephone: 202.887.4000
Facsimile: 202.887.4288
6 |

7 | JEFFREY K. SHERWOOD
DICKSTEIN SHAPIRO LLP
8 | 1825 Eye Street NW
Washington, DC 20006-5403
9 | Telephone: 202-420-3602
Facsimile: 202-420-2201
10 |

11 | WILLIAM W. SCHWARZE
WEIHONG HSING
12 | PANITCH SCHWARZE BELISARIO & NADEL LLP
2005 Market Street
13 | Suite 2200
Philadelphia, PA 19103
14 | Telephone: 215-965-1330
Facsimile: 215-965-1331
15 |

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS