| | |
|---|---|
| 1 | REGINALD STEER (SBN 56324) |
| 2 | AMIT KURLEKAR (SBN 244230) |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 3 | 580 California, 15th Floor |
|   | San Francisco, California 94104-1036 |
| 4 | Telephone:    415-765-9500 |
|   | Facsimile:    415-765-9501 |
| 5 | EMail:        RSteer@AkinGump.com |

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

CERTIFICATE OF SERVICE

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
AMIT KURLEKAR (SBN 244230)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 765-9500

ATTORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENT U.S.A. CORPORATION et al.

    Plaintiff,

v.

SYNGENTA CROP PROTECTION, INC.

    Defendant.

CASE NUMBER
CV 080720-RS

**DECLARATION OF SERVICE**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY AND NON INFRINGEMENT; CIVIL COVER SHEET; PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; PLAINTIFFS VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.'S CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; USDC ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE UNITD STATES DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : SYNGENTA CROP PROTECTION, INC.

    By serving      : Margaret Wilson, Authorized Agent

    Address          : C.T. Corporation System
                          818 W. 7th Street
                          Los Angeles, CA 90017

    Date of Service : February 7, 2008

    Time of Service : 2:40 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 7, 2008

Signature: _____
DEANDRE JOHNSON

230424

** TOTAL PAGE.02 **