# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-0720-RS

V.

Syngenta Crop Protection, Inc.

TO: (Name and address of defendant)

Syngenta Crop Protection, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, California
90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reginald Steer
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California
94104-1036

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

FEB 0 6 2008

DATE_____

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
MIT KURLEKAR (SBN 244230)
KIN GUMP STRAUSS HAUER & FELD LLP
80 California Street, 15th Floor
an Francisco, CA 94104
elephone: (415) 765-9500

TORNEY(S) FOR: Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENT U.S.A. CORPORATION et al.

Plaintiff,

v.

SYNGENTA CROP PROTECTION, INC.

Defendant.

CASE NUMBER
CV 080720-RS

DECLARATION OF SERVICE

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT INVALIDITY AND NON INFRINGEMENT; CIVIL COVER SHEET; PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; PLAINTIFFS VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.'S CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; USDC ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE UNITD STATES DISTRICT COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : SYNGENTA CROP PROTECTION, INC.

By serving        : Margaret Wilson, Authorized Agent

Address           : C.T. Corporation System
                    818 W. 7th Street
                    Los Angeles, CA 90017

Date of Service   : February 7, 2008

Time of Service   : 2:40 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 7, 2008

Signature: _____
DEANDRE JOHNSON

230424

** TOTAL PAGE.02 **