```
JEFFREY K. SHERWOOD
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone:    202.420.3602
Facsimile:    202.420.2201
EMail:        SherwoodJ@DicksteinShapiro.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.
```

**Filed**

FEB 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JEFFREY K. SHERWOOD)** |

Pursuant to Civil L.R. 11-3, Jeffrey K. Sherwood, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

---

1

APPLICATION FOR ADMISSION PRO HAC VICE (JEFFREY K. SHERWOOD)

1 | entitled action. The name, address and telephone number of that attorney is:

   Reginald Steer
   Akin Gump Strauss Hauer & Feld LLP
   580 California Street, Suite 1500
   San Francisco, CA 94104
   Ph: 415.765.9500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/6, 2008

JEFFREY K. SHERWOOD

APPLICATION FOR ADMISSION PRO HAC VICE (JEFFREY K. SHERWOOD)