1  MICHAEL A. OAKES
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  1333 New Hampshire Avenue, NW
   Washington, D.C. 20036
3  Telephone:  202.887.4000
   Facsimile:  202.887.4288
4  EMail:  MOakes@AkinGump.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

FILED
2008 FEB 20 A 9 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MICHAEL A. OAKES)** |

Pursuant to Civil L.R. 11-3, Michael A. Oakes, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

1 | entitled action. The name, address and telephone number of that attorney is:
2 |    Reginald Steer
3 |    Akin Gump Strauss Hauer & Feld LLP
   580 California Street, Suite 1500
4 |    San Francisco, CA 94104
5 |    Ph: 415.765.9500
6 |    I declare under penalty of perjury that the foregoing is true and correct.

8 | Dated: February 13, 2008        _____
                                              MICHAEL A. OAKES

APPLICATION FOR ADMISSION PRO HAC VICE (MICHAEL A. OAKES)