*Feeland*

1  WILLIAM W. SCHWARZE
   **PANITCH SCHWARZE BELISARIO & NADEL LLP**
2  2005 Market Street, Suite 2200
   Philadelphia, PA 19103-7013
3  Telephone:     215.965.1330
   Facsimile:     215.965.1331
4  EMail:         WSchwarze@PanitchLaw.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

FILED

2008 FEB 20  A 9:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA. S.J.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND        Case No. CV 08 0720 RS
   SUMITOMO CHEMICAL CO. LTD.

11              Plaintiffs,              **APPLICATION FOR ADMISSION OF**
                                         **ATTORNEY *PRO HAC VICE* (WILLIAM**
12      v.                               **W. SCHWARZE)**

13 SYNGENTA CROP PROTECTION, INC.

14              Defendant.

15

16

17       Pursuant to Civil L.R. 11-3, William W. Schwarze, an active member in good standing of the

18 bar of the Commonwealth of Pennsylvania, hereby applies for admission to practice in the Northern

19 District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and

20 Sumitomo Chemical Co. Ltd in the above-entitled action.

21       In support of this application, I certify on oath that:

22       1.      I am an active member in good standing of a United States Court or of the highest court

23 of another State or the District of Columbia, as indicated above;

24       2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

25 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

26 Local Rules and the Alternative Dispute Resolution programs of this Court; and,

27       3.      An attorney who is a member of the bar of this Court in good standing and who

28 maintains an office within the State of California has been designated as co-counsel in the above-

---

1

1  entitled action.  The name, address and telephone number of that attorney is:

2      Reginald Steer

3      Akin Gump Strauss Hauer & Feld LLP

       580 California Street, Suite 1500

4      San Francisco, CA 94104

5      Ph:  415.765.9500

6      I declare under penalty of perjury that the foregoing is true and correct.

7

8  Dated: February 6, 2008                    _____

9                                             WILLIAM W. SCHWARZE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

APPLICATION FOR ADMISSION PRO HAC VICE (WILLIAM W. SCHWARZE)