ARTHUR WINEBURG
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288
EMail: AWineburg@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

**Filed**

FEB 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ARTHUR WINEBURG)** |

Pursuant to Civil L.R. 11-3, Arthur Wineburg, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

---
1
APPLICATION FOR ADMISSION PRO HAC VICE (ARTHUR WINEBURG)

1  entitled action. The name, address and telephone number of that attorney is:
2     Reginald Steer
3     Akin Gump Strauss Hauer & Feld LLP
       580 California Street, Suite 1500
4     San Francisco, CA 94104
5     Ph: 415.765.9500
6     I declare under penalty of perjury that the foregoing is true and correct.

8  Dated: 6 Feb., 2008                                    _____
9                                                          ARTHUR WINEBURG

2
APPLICATION FOR ADMISSION PRO HAC VICE (ARTHUR WINEBURG)