Fee Paid

DANIEL E. YONAN
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288
EMail: DYonan@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

Filed

FEB 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
|---|---|
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (DANIEL E. YONAN)** |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Daniel E. Yonan, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-

1
APPLICATION FOR ADMISSION PRO HAC VICE (DANIEL E. YONAN)

1  entitled action. The name, address and telephone number of that attorney is:
2      Reginald Steer
3      Akin Gump Strauss Hauer & Feld LLP
    580 California Street, Suite 1500
4      San Francisco, CA 94104
5      Ph: 415.765.9500

6      I declare under penalty of perjury that the foregoing is true and correct.

8  Dated: 2/6, 2008

                        DANIEL E. YONAN

---

2
APPLICATION FOR ADMISSION PRO HAC VICE (DANIEL E. YONAN)