REGINALD STEER (SBN 56324)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:    415-765-9501
EMail:         RSteer@AkinGump.com
[Additional counsel appear on signature page]

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

**Filed**

FEB 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Feb. 19, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
   Reginald D. Steer

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

---

**Of Counsel**:

ARTHUR WINEBURG
MICHAEL A. OAKES
DANIEL E. YONAN
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

JASON ADAM SNYDERMAN
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013
Telephone: 215.965.1200
Facsimile: 215.965.1210

JEFFREY K. SHERWOOD
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: 202-420-3602
Facsimile: 202-420-2201

WILLIAM W. SCHWARZE
WEIHONG HSING
**PANITCH SCHWARZE BELISARIO & NADEL LLP**
2005 Market Street
Suite 2200
Philadelphia, PA 19103
Telephone: 215-965-1330
Facsimile: 215-965-1331

2

Consent to Proceed Before a U.S. Magistrate Judge
[Case No. CV 08 0720 RS]
685980.0001 WEST 6205328 v1