MICHAEL A. OAKES
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone:      202.887.4000
Facsimile:      202.887.4288
EMail:          MOakes@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

RECEIVED
2008 FEB 20 AM 9: 14
RICHARD W. WIEKING
U.S. CLERK
NO. DIST. COURT
DIST. OF CA. S.J.

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC. <br><br> Defendant. | Case No. CV 08 0720 RS <br><br> **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MICHAEL A. OAKES)** |

Michael A. Oakes, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, NW, Washington, D.C. 20036, Telephone No.: 202.887.4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/, 2008

_____
UNITED STATES MAGISTRATE JUDGE