1  WILLIAM W. SCHWARZE
   **PANITCH SCHWARZE BELISARIO & NADEL LLP**
2  2005 Market Street, Suite 2200
   Philadelphia, PA 19103-7013
3  Telephone:    215.965.1330
   Facsimile:    215.965.1331
4  EMail:        WSchwarze@PanitchLaw.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
| 11 | |
| 12  Plaintiffs, | (~~PROPOSED~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (WILLIAM W. SCHWARZE) |
| 13  v. | |
| 14  SYNGENTA CROP PROTECTION, INC. | |
| 15  Defendant. | |

16       William W. Schwarze, an active member in good standing of the bar of the Commonwealth of
17  Pennsylvania whose business address and telephone number is Panitch Schwarze Belisario & Nadel
18  LLP, 2005 Market Street, Suite 2200, Philadelphia, PA, 19103-7013, Telephone No.: 215.965.1330,
19  having applied in the above-entitled action for admission to practice in the Northern District of
20  California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo
21  Chemical Co. Ltd.,

22       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
23  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
24  Service of papers upon and communication with co-counsel designated in the application will
25  constitute notice to the party. All future filings in this action are subject to the requirements contained
26  in General Order No. 45, *Electronic Case Filing*.
27  Dated: 2/24/, 2008                    _____
28                                         UNITED STATES MAGISTRATE JUDGE

---
1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (WILLIAM W. SCHWARZE)