1  JASON A. SNYDERMAN
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  One Commerce Square
   2005 Market Street, Suite 2200
3  Philadelphia, PA 19103-7013
   Telephone:      215.965.1200
4  Facsimile:      215.965.1210
   EMail:          JSnyderman@AkinGump.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD.
7

RECEIVED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
|---|---|
| Plaintiffs, | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JASON A. SNYDERMAN)** |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

Jason A. Snyderman, an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, One Commerce Square, 2005 Market Street, Suite 2200, Philadelphia, PA, 19103-7013, Telephone No.: 215.965.1200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/, 2008

_____
UNITED STATES MAGISTRATE JUDGE

---

1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (JASON A. SNYDERMAN)