1  DANIEL E. YONAN
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1333 New Hampshire Avenue, NW
   Washington, D.C. 20036
3  Telephone:    202.887.4000
   Facsimile:    202.887.4288
4  EMail:    DYonan@AkinGump.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

7

8          UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND        Case No. CV 08 0720 RS
   SUMITOMO CHEMICAL CO. LTD.
11
                                        (PROPOSED) ORDER GRANTING
12         Plaintiffs,                  APPLICATION FOR ADMISSION OF
                                        ATTORNEY *PRO HAC VICE* (DANIEL E.
13      v.                              YONAN)

14 SYNGENTA CROP PROTECTION, INC.

15         Defendant.

16     Daniel E. Yonan, an active member in good standing of the bar of the District of Columbia

17 whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, 1333 New

18 Hampshire Avenue, NW, Washington, D.C. 20036, Telephone No.: 202.887.4000, having applied in the

19 above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*

20 basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

21     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

23 Service of papers upon and communication with co-counsel designated in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements contained

25 in General Order No. 45, *Electronic Case Filing*.

26 Dated:  2/24/ , 2008

27                                    UNITED STATES MAGISTRATE JUDGE

28

                                        1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (DANIEL E. YONAN)