WEIHONG HSING
**PANITCH SCHWARZE BELISARIO & NADEL LLP**
2005 Market Street, Suite 2200
Philadelphia, PA 19103-7013
Telephone:    215.965.1330
Facsimile:     215.965.1331
EMail:           WHsing@PanitchLaw.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

RECEIVED
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (WEIHONG HSING) |

Weihong Hsing, an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number is Panitch Schwarze Belisario & Nadel LLP, 2005 Market Street, Suite 2200, Philadelphia, PA, 19103-7013, Telephone No.: 215.965.1330, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/____, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (WEIHONG HSING)