1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO., LTD., | CASE NO. 08-cv-0720 RS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| SYNGENTA CROP PROTECTION, INC., | |
| Defendants. | |

1  Pursuant to Civil L.R. 6-1(a), Defendant SYNGENTA CROP PROTECTION, INC.,
2  ("Syngenta") and Plaintiffs Valent U.S.A. Corporation ("Valent") and Sumitomo Chemical Co., Ltd.
3  ("Sumitomo") hereby stipulate that the time for Syngenta Crop Protection, Inc. to answer or
4  otherwise respond to the Complaint of Valent U.S.A. Corporation and Sumitomo Chemical Co., Ltd.
5  shall be extended up to and including March 14, 2008.  This extension will not alter the date of any
6  event or any deadline already fixed by Court order.
7  By his signature below, counsel for Syngenta swears under penalty of perjury that counsel
8  for Valent U.S.A. Corporation and Sumitomo Chemical Co., Ltd. concurred in the filing of this
9  document on the condition that Syngenta will file its written consent to the jurisdiction of the
10 magistrate judge or request reassignment to a district judge on or before the date it answers or
11 otherwise responds to the Complaint.

DATED:  February 26, 2008            FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER, LLP


                                     By      / s /
                                        Erik R. Puknys
                                        Attorneys for Defendant Syngenta Crop Protection,
                                        Inc.

DATED:  February 26, 2008            AKIN GUMP STRAUSS HAUER & FELD LLP


                                     By      / s /
                                        Reginald Steer
                                        Attorneys for Valent U.S.A. Corporation and
                                        Sumitomo Chemical Company, Ltd.