Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendants. | CASE NO. 08-cv-0720 RS <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned attorney, Erik R. Puknys, enters his appearance in this matter as counsel for Defendant, Syngenta Crop Protection, Inc., for the purpose of receiving notices and orders from the Court.

DATED: February 26 2007          FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP


                                 By_____/ s /_____
                                   Erik R. Puknys
                                   Attorneys for Defendant Syngenta Crop Protection, Inc.