REGINALD STEER (SBN 56324)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
EMail:    RSteer@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ARTHUR WINEBURG)** |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of Attorney *Pro Hac Vice* (Arthur Wineburg), was signed by Magistrate Judge Richard Seeborg and filed with the United States District Court, Northern District of California on February 25, 2008.

Dated: February 27, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
    Reginald D. Steer

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

---

NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. CV 08 0720 RS

1

1  ARTHUR WINEBURG
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
2  1333 New Hampshire Avenue, NW
   Washington, D.C. 20036
3  Telephone:     202.887.4000
   Facsimile:     202.887.4288
4  EMail:         AWineburg@AkinGump.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

RECEIVED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
|---|---|
| Plaintiffs, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ARTHUR WINEBURG) |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

Arthur Wineburg, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, NW, Washington, D.C. 20036, Telephone No.: 202.887.4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/, 2008          _____
                            UNITED STATES MAGISTRATE JUDGE

1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (ARTHUR WINEBURG)