1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   EMail:        RSteer@AkinGump.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND         | Case No. CV 08 0720 RS
   | SUMITOMO CHEMICAL CO. LTD.            |
11 |                                       |
   |                 Plaintiffs,           | **NOTICE OF FILED ORDER GRANTING
12 |                                       | APPLICATION FOR ADMISSION OF
   |          v.                           | ATTORNEY *PRO HAC VICE* (MICHAEL
13 |                                       | A. OAKES)**
   | SYNGENTA CROP PROTECTION, INC.        |
14 |                                       |
   |                 Defendant.            |
15

16

17     TO DEFENDANT AND ITS ATTORNEY OF RECORD:

18     PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of

19 Attorney *Pro Hac Vice* (Michael A. Oakes), was signed by Magistrate Judge Richard Seeborg and filed

20 with the United States District Court, Northern District of California on February 25, 2008.

21 Dated: February 27, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

22

23                                   By /s/ Reginald D. Steer
                                        Reginald D. Steer
24
                                     Attorneys for Plaintiffs
25                                   VALENT U.S.A. CORPORATION AND
                                     SUMITOMO CHEMICAL CO. LTD.
26

27

28

---
1
NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. CV 08 0720 RS

1  MICHAEL A. OAKES
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1333 New Hampshire Avenue, NW
   Washington, D.C. 20036
3  Telephone:    202.887.4000
   Facsimile:    202.887.4288
4  EMail:        MOakes@AkinGump.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND    | Case No. CV 08 0720 RS
   | SUMITOMO CHEMICAL CO. LTD.       |
11 |                                  |
   |          Plaintiffs,             | (PROPOSED) ORDER GRANTING
12 |                                  | APPLICATION FOR ADMISSION OF
   |     v.                           | ATTORNEY *PRO HAC VICE* (MICHAEL
13 |                                  | A. OAKES)
   | SYNGENTA CROP PROTECTION, INC.   |
14 |                                  |
   |          Defendant.              |
15

16      Michael A. Oakes, an active member in good standing of the bar of the District of Columbia

17 whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, 1333 New

18 Hampshire Avenue, NW, Washington, D.C. 20036, Telephone No.: 202.887.4000, having applied in the

19 above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*

20 basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

23 Service of papers upon and communication with co-counsel designated in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements contained

25 in General Order No. 45, *Electronic Case Filing.*

26 Dated: 2/24/, 2008

27                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
28

                                                1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (MICHAEL A. OAKES)