1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   EMail:        RSteer@AkinGump.com
5
6  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
7  SUMITOMO CHEMICAL CO. LTD.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND      | Case No. CV 08 0720 RS
   | SUMITOMO CHEMICAL CO. LTD.         |
11 |                                    |
   |              Plaintiffs,           | **NOTICE OF FILED ORDER GRANTING
12 |                                    | APPLICATION FOR ADMISSION OF
   |        v.                          | ATTORNEY *PRO HAC VICE* (WILLIAM
13 |                                    | W. SCHWARZE)**
   | SYNGENTA CROP PROTECTION, INC.     |
14 |                                    |
   |              Defendant.            |
15

16

17        TO DEFENDANT AND ITS ATTORNEY OF RECORD:

18        PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of

19 Attorney *Pro Hac Vice* (William W. Schwarze), was signed by Magistrate Judge Richard Seeborg and

20 filed with the United States District Court, Northern District of California on February 25, 2008.

21 Dated: February 27, 2008              AKIN GUMP STRAUSS HAUER & FELD LLP

22

23                                      By_____Reginald D. Steer_____
                                                      Reginald D. Steer
24
                                        Attorneys for Plaintiffs
25                                      VALENT U.S.A. CORPORATION AND
                                        SUMITOMO CHEMICAL CO. LTD.
26

27

28

---
NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. CV 08 0720 RS

1  WILLIAM W. SCHWARZE
   **PANITCH SCHWARZE BELISARIO & NADEL LLP**
2  2005 Market Street, Suite 2200
   Philadelphia, PA 19103-7013
3  Telephone:    215.965.1330
   Facsimile:    215.965.1331
4  EMail:        WSchwarze@PanitchLaw.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND          Case No. CV 08 0720 RS
   SUMITOMO CHEMICAL CO. LTD.
11
                                          (~~PROPOSED~~) ORDER GRANTING
12          Plaintiffs,                   APPLICATION FOR ADMISSION OF
                                          ATTORNEY *PRO HAC VICE* (WILLIAM
13      v.                                W. SCHWARZE)

14 SYNGENTA CROP PROTECTION, INC.

15          Defendant.

16      William W. Schwarze, an active member in good standing of the bar of the Commonwealth of

17 Pennsylvania whose business address and telephone number is Panitch Schwarze Belisario & Nadel

18 LLP, 2005 Market Street, Suite 2200, Philadelphia, PA, 19103-7013, Telephone No.: 215.965.1330,

19 having applied in the above-entitled action for admission to practice in the Northern District of

20 California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo

21 Chemical Co. Ltd.,

22      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

24 Service of papers upon and communication with co-counsel designated in the application will

25 constitute notice to the party. All future filings in this action are subject to the requirements contained

26 in General Order No. 45, *Electronic Case Filing*.

27 Dated: 2/24/, 2008                    _____
                                          UNITED STATES MAGISTRATE JUDGE
28

---

1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (WILLIAM W. SCHWARZE)