1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   EMail:        RSteer@AkinGump.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND      | Case No. CV 08 0720 RS
   | SUMITOMO CHEMICAL CO. LTD.         |
11 |                                    |
   |             Plaintiffs,            | **NOTICE OF FILED ORDER GRANTING
12 |                                    | APPLICATION FOR ADMISSION OF
   |       v.                           | ATTORNEY *PRO HAC VICE* (JASON A.
13 |                                    | SNYDERMAN)**
   | SYNGENTA CROP PROTECTION, INC.     |
14 |                                    |
   |             Defendant.             |
15

16

17    TO DEFENDANT AND ITS ATTORNEY OF RECORD:

18    PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of

19 Attorney *Pro Hac Vice* (Jason A. Snyderman), was signed by Magistrate Judge Richard Seeborg and

20 filed with the United States District Court, Northern District of California on February 25, 2008.

21 Dated: February 27, 2008              AKIN GUMP STRAUSS HAUER & FELD LLP

22

23                                      By_____
                                              Reginald D. Steer
24
                                        Attorneys for Plaintiffs
25                                      VALENT U.S.A. CORPORATION AND
                                        SUMITOMO CHEMICAL CO. LTD.
26

27

28
                                             1
NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. CV 08 0720 RS

```
 1  JASON A. SNYDERMAN
    AKIN GUMP STRAUSS HAUER & FELD LLP
 2  One Commerce Square
    2005 Market Street, Suite 2200
 3  Philadelphia, PA 19103-7013
    Telephone:   215.965.1200
 4  Facsimile:   215.965.1210
    EMail:       JSnyderman@AkinGump.com
 5
    Attorneys for Plaintiffs
 6  VALENT U.S.A. CORPORATION AND
    SUMITOMO CHEMICAL CO. LTD.
 7
```



RECEIVED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. | Case No. CV 08 0720 RS |
| Plaintiffs, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JASON A. SNYDERMAN) |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

Jason A. Snyderman, an active member in good standing of the bar of the Commonwealth of Pennsylvania whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, One Commerce Square, 2005 Market Street, Suite 2200, Philadelphia, PA, 19103-7013, Telephone No.: 215.965.1200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (JASON A. SNYDERMAN)