1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:    415-765-9500
4  Facsimile:    415-765-9501
   EMail:    RSteer@AkinGump.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD.
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND          Case No. CV 08 0720 RS
   SUMITOMO CHEMICAL CO. LTD.
11
                Plaintiffs,
12                                        **NOTICE OF FILED ORDER GRANTING
                                          APPLICATION FOR ADMISSION OF
                                          ATTORNEY *PRO HAC VICE* (DANIEL E.
13      v.                                YONAN)**

   SYNGENTA CROP PROTECTION, INC.
14
                Defendant.
15

16

17      TO DEFENDANT AND ITS ATTORNEY OF RECORD:

18      PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of

19 Attorney *Pro Hac Vice* (Daniel E. Yonan), was signed by Magistrate Judge Richard Seeborg and filed

20 with the United States District Court, Northern District of California on February 25, 2008.

21 Dated: February 27, 2008              AKIN GUMP STRAUSS HAUER & FELD LLP

22

23                                       By _____
                                                Reginald D. Steer
24
                                         Attorneys for Plaintiffs
25                                       VALENT U.S.A. CORPORATION AND
                                         SUMITOMO CHEMICAL CO. LTD.
26

27

28

                                          1

1  DANIEL E. YONAN
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1333 New Hampshire Avenue, NW
3  Washington, D.C. 20036
   Telephone:    202.887.4000
4  Facsimile:    202.887.4288
   EMail:    DYonan@AkinGump.com

5  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
6  SUMITOMO CHEMICAL CO. LTD.

RECEIVED
FEB 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT C...
NORTHERN DISTRICT OF CAL...
SAN J...

FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  VALENT U.S.A. CORPORATION AND        Case No. CV 08 0720 RS
    SUMITOMO CHEMICAL CO. LTD.
11                                        RS
12              Plaintiffs,              (PROPOSED) ORDER GRANTING
                                         APPLICATION FOR ADMISSION OF
13      v.                               ATTORNEY *PRO HAC VICE* (DANIEL E.
                                         YONAN)
    SYNGENTA CROP PROTECTION, INC.
14
              Defendant.
15

16      Daniel E. Yonan, an active member in good standing of the bar of the District of Columbia

17  whose business address and telephone number is Akin Gump Strauss Hauer & Feld, LLP, 1333 New

18  Hampshire Avenue, NW, Washington, D.C. 20036, Telephone No.: 202.887.4000, having applied in the

19  above-entitled action for admission to practice in the Northern District of California on a *pro hac vice*

20  basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

23  Service of papers upon and communication with co-counsel designated in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements contained

25  in General Order No. 45, *Electronic Case Filing.*

26  Dated: 2/24/, 2008

27                              UNITED STATES MAGISTRATE JUDGE

28

                              1
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (DANIEL E. YONAN)