```
 1  REGINALD STEER (SBN 56324)
    AMIT KURLEKAR (SBN 244230)
 2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
    580 California, 15th Floor
 3  San Francisco, California 94104-1036
    Telephone:    415-765-9500
 4  Facsimile:    415-765-9501
    EMail:        RSteer@AkinGump.com
 5

 6  Attorneys for Plaintiffs
    VALENT U.S.A. CORPORATION AND
 7  SUMITOMO CHEMICAL CO. LTD.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>**NOTICE OF FILED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JEFFREY K. SHERWOOD)** |
|---|---|

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the attached Order Granting Application for Admission of Attorney *Pro Hac Vice* (Jeffrey K. Sherwood), was signed by Magistrate Judge Richard Seeborg and filed with the United States District Court, Northern District of California on February 25, 2008.

Dated: February 27, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

                                  By /s/ Reginald D. Steer
                                     Reginald D. Steer

                                  Attorneys for Plaintiffs
                                  VALENT U.S.A. CORPORATION AND
                                  SUMITOMO CHEMICAL CO. LTD.

---

| | |
|---|---|
| 1 | JEFFREY K. SHERWOOD |
| 2 | **DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW |
| 3 | Washington, DC 20006-5403<br>Telephone:    202.420.3602 |
| 4 | Facsimile:    202.420.2201<br>EMail:    SherwoodJ@DicksteinShapiro.com |
| 5 | Attorneys for Plaintiffs |
| 6 | VALENT U.S.A. CORPORATION AND<br>SUMITOMO CHEMICAL CO. LTD. |

**RECEIVED**

FEB 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND<br>SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 RS<br><br>(~~PROPOSED~~) ORDER GRANTING<br>APPLICATION FOR ADMISSION OF<br>ATTORNEY *PRO HAC VICE* (JEFFREY<br>K. SHERWOOD) |

Jeffrey K. Sherwood, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is Dickstein Shapiro LLP, 1825 Eye Street NW, Washington, D.C. 20006-5403, Telephone No.: 202.420.3602, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (JEFFREY K. SHERWOOD)