ORIGINAL Filed

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

FILED

2008 FEB 28 P 2: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD., <br><br>Plaintiffs, <br><br>v. <br><br>SYNGENTA CROP PROTECTION, INC., <br><br>Defendant. | Civil Action No. 08-0720 RS <br><br>**APPLICATION FOR ADMISSION OF BARBARA MCCURDY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Barbara McCurdy, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant, SYNGENTA CROP PROTECTION, INC., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of the bar of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that

attorney are:

Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2008

Barbara McCurdy