Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.,

Plaintiffs,

v.

SYNGENTA CROP PROTECTION, INC.,

Defendants.

Civil Action No. 08-0720 RS

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BARBARA MCCURDY *PRO HAC VICE*

Barbara McCurdy, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants, SYNGENTA CROP PROTECTION, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Honorable Richard Seeborg
United States District Judge