Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

RECEIVED
2008 FEB 28 PM 1:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.,<br><br>Defendants. | Civil Action No. 08-0720 RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL J. FLIBBERT *PRO HAC VICE* |

Michael J. Flibbert, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants, SYNGENTA CROP PROTECTION, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
                                                  The Honorable Richard Seeborg
                                                  United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF MICHAEL J. FLIBBERT PRO HAC VICE
CASE NO. 08-cv-0720 RS

1