ORIGINAL

FILED

2008 FEB 28 P 2: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7
8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

9  VALENT U.S.A. CORPORATION AND           Civil Action No. 08-0720 RS
   SUMITOMO CHEMICAL CO. LTD.,
10                                          APPLICATION FOR ADMISSION OF
                Plaintiffs,                 MICHAEL J. LEIB, JR. *PRO HAC*
11                                          *VICE*
        v.
12
   SYNGENTA CROP PROTECTION, INC.,
13
                Defendant.
14

15     Pursuant to Civil L.R. 11-3, Michael J. Leib, Jr., an active member in good standing of the

16  bar of the District of Columbia, hereby applies for admission to practice in the Northern District of

17  California on a *pro hac vice* basis representing Defendant, SYNGENTA CROP PROTECTION,

18  INC., in the above-entitled action.

19     In support of this application, I hereby certify on oath that:

20     1.  I am an active member in good standing of the bar of the District of Columbia, as

21         indicated above;

22     2.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,

23         to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar

24         with the Local Rules and the Alternative Dispute Resolution programs of this Court;

25         and,

26     3.  An attorney who is a member of the bar of this Court in good standing and who

27         maintains an office within the State of California has been designated as co-counsel

28         in the above-entitled action. The name, address and telephone number of that

1  attorney are:

2  Erik R. Puknys
   FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3  3300 Hillview Avenue
   Palo Alto, CA 94304-1203
4  Telephone: (650) 849-6600

5
   I declare under penalty of perjury that the foregoing is true and correct.
6

7
   Dated: February 27, 2008                          _____
8                                                    Michael J. Leib, Jr.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28