1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9  VALENT U.S.A. CORPORATION AND          Civil Action No. 08-0720 RS
   SUMITOMO CHEMICAL CO. LTD.,
10                                         [PROPOSED] ORDER GRANTING
             Plaintiffs,                   APPLICATION FOR ADMISSION OF
11                                         MICHAEL J. LEIB, JR. *PRO HAC
         v.                                VICE*
12
   SYNGENTA CROP PROTECTION, INC.,
13
             Defendants.
14

15      Michael J. Leib, Jr., an active member in good standing of the bar of the District of

16 Columbia, whose business address and telephone number are Finnegan, Henderson, Farabow,

17 Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000,

18 having applied in the above-entitled action for admission to practice in the Northern District of

19 California on a *pro hac vice* basis, representing Defendants, SYNGENTA CROP PROTECTION,

20 INC.,

21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designated in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26
   Dated: _____
27
                                            _____
28                                          The Honorable Richard Seeborg
                                            United States District Judge

                                    [PROPOSED] ORDER GRANTING APPLICATION FOR
                          1         ADMISSION OF MICHAEL J. LEIB, JR. PRO HAC VICE
                                                          CASE NO. 08-cv-0720 RS