1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 VALENT U.S.A. CORPORATION AND            Civil Action No. 08-0720 RS
   SUMITOMO CHEMICAL CO. LTD.,
11                                           [PROPOSED] ORDER GRANTING
          Plaintiffs,                        APPLICATION FOR ADMISSION OF
12                                           MICHAEL J. FLIBBERT *PRO HAC
          v.                                 VICE*
13
   SYNGENTA CROP PROTECTION, INC.,
14
          Defendants.
15

16     Michael J. Flibbert, an active member in good standing of the bar of the District of

17 Columbia, whose business address and telephone number are Finnegan, Henderson, Farabow,

18 Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000,

19 having applied in the above-entitled action for admission to practice in the Northern District of

20 California on a *pro hac vice* basis, representing Defendants, SYNGENTA CROP PROTECTION,
   INC.,
21
       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22
   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
23
   *vice*. Service of papers upon and communication with co-counsel designated in the application will
24
   constitute notice to the party. All future filings in this action are subject to the requirements
25
   contained in General Order No. 45, *Electronic Case Filing*.
26
27 Dated: __2/28/08__                              _____
                                                   The Honorable Richard Seeborg
28                                                 United States ~~District Judge~~
                                                   MAGISTRATE JUDGE

                                                1        [PROPOSED] ORDER GRANTING APPLICATION FOR
                                                         ADMISSION OF MICHAEL J. FLIBBERT PRO HAC VICE
                                                         CASE NO. 08-cv-0720 RS