```
Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.
```

FILED
2008 FEB 28 PM 1:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA
SAN JOSE

RECEIVED FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendants. | Civil Action No. 08-0720 RS <br> *RS* <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL J. LEIB, JR. *PRO HAC VICE* |

Michael J. Leib, Jr., an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-4413, (202) 408-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants, SYNGENTA CROP PROTECTION, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/28/08

_____
The Honorable Richard Seeborg
United States ~~District Judge~~ MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF MICHAEL J. LEIB, JR. PRO HAC VICE
CASE NO. 08-cv-0720 RS