1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:      415-765-9500
4  Facsimile:      415-765-9501
   EMail:          RSteer@AkinGump.com
5  [Additional Counsel to Appear on Signature Page]

6  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
7  SUMITOMO CHEMICAL CO. LTD.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND          Case No. CV 08 0720 RS
   SUMITOMO CHEMICAL CO. LTD.
11
                                          **PROOF OF SERVICE**
12              Plaintiffs,

13         v.

14 SYNGENTA CROP PROTECTION, INC.

15              Defendant.

AMIT KURLEKAR (SBN 244230)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 765-9500
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: VALENT U.S.A. CORPORATION et al.
Defendant: SYNGENTA CROP PROTECTION, INC.

Ref#: 231193     *   **PROOF OF SERVICE**   *   Case No.: CV 08-0720 RS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (DANIEL E. YONAN); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (DANIEL E. YONAN); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VAPPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (WEIHONG HSING); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (WEIHONG HSING); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (MICHAEL A. OAKES); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (MICHAEL A. OAKES); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (WILLIAM W. SCHWARZE); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (WILLIAM W. SCHWARZE); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (JEFFREY K. SHERWOOD); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (JEFFREY K. SHERWOOD); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (JASON A. SNYDERMAN); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (JASON A. SNYDERMAN); APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (ARTHUR WINEBURG); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (ARTHUR WINEBURG)

in the within action by personally delivering true copies thereof to the person named below, as follows:

      Party served     : SYNGENTA CROP PROTECTION, INC.

      By serving       : Maria Sanchez, Authorized Agent

      Address         : C.T. Corporation System
                      818 W. 7th Street
                      Los Angeles, CA 90017

      Date of Service: February 22, 2008

      Time of Service: 2:40 PM

Person who served papers:
DEANDRE JOHNSON
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $145.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature _____

Date: February 22, 2008