1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE DIVISION)

11

12

13  VALENT U.S.A. CORPORATION AND          CASE NO. 08-cv-0720 RS
    SUMITOMO CHEMICAL CO., LTD.,
                                           **MANUAL FILING NOTIFICATION**
14               Plaintiffs,               **FOR EXHIBIT 2 TO THE**
                                           **DECLARATION OF ERIK R. PUKNYS**
15         v.                              **IN SUPPORT OF SYNGENTA'S**
                                           **MOTION TO DISMISS PLAINTIFFS'**
16  SYNGENTA CROP PROTECTION, INC.,        **COMPLAINT**

17               Defendant.                Hearing Date:  April 18, 2008
                                           Hearing Time: 9:00 am
18

19          **DOCUMENT SUBMITTED SEPARATELY UNDER SEAL**

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MANUAL FILING NOTIFICATION

REGARDING:  The **EXHIBIT 2 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

[  ] Voluminous Document (PDF file size larger than the efiling system allows).

[  ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  March 14, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.


By:_____/s/_____

Erik R. Puknys