1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         (SAN JOSE DIVISION)

11

12

13 | VALENT U.S.A. CORPORATION AND       | CASE NO. 08-cv-0720 RS
   | SUMITOMO CHEMICAL CO., LTD.,        |
14 |                                     | **MANUAL FILING NOTIFICATION
   |             Plaintiffs,             | FOR EXHIBIT 3 TO THE
15 |        v.                           | DECLARATION OF ERIK R. PUKNYS
   |                                     | IN SUPPORT OF SYNGENTA'S
16 | SYNGENTA CROP PROTECTION, INC.,     | MOTION TO DISMISS PLAINTIFFS'
   |                                     | COMPLAINT**
17 |             Defendant.              |
                                           Hearing Date: April 18, 2008
18                                         Hearing Time: 9:00 am

19              **DOCUMENT SUBMITTED SEPARATELY UNDER SEAL**

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION

REGARDING: The **EXHIBIT 3 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: March 14, 2008            FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.

                                 By:_____/s/_____
                                       Erik R. Puknys