```
 1  Erik R. Puknys
    (CAB #190926; erik.puknys@finnegan.com)
 2  FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
 3  3300 Hillview Ave
    Palo Alto, CA 94304
 4  Telephone: (650) 849-6600
    Facsimile: (650) 849-6666
 5
    Attorneys for Defendant
 6  SYNGENTA CROP PROTECTION, INC.
 7
 8                UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10                     (SAN JOSE DIVISION)
11
12
13  VALENT U.S.A. CORPORATION AND     CASE NO. 08-cv-0720 RS
    SUMITOMO CHEMICAL CO., LTD.,
14                                    MANUAL FILING NOTIFICATION
              Plaintiffs,             FOR EXHIBIT 8 TO THE
15                                    DECLARATION OF ERIK R. PUKNYS
         v.                           IN SUPPORT OF SYNGENTA'S
16                                    MOTION TO DISMISS PLAINTIFFS'
    SYNGENTA CROP PROTECTION, INC.,   COMPLAINT
17
              Defendant.              Hearing Date: April 18, 2008
18                                    Hearing Time: 9:00 am
19         DOCUMENT SUBMITTED SEPARATELY UNDER SEAL
```

## MANUAL FILING NOTIFICATION

REGARDING: The **EXHIBIT 8 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason:

[ ] Voluminous Document (PDF file size larger than the efiling system allows).

[ ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: March 14, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, L.L.P.

                                         By: _____/s/_____
                                         Erik R. Puknys