1   Erik R. Puknys
    (CAB #190926; erik.puknys@finnegan.com)
2   FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
3   3300 Hillview Ave
    Palo Alto, CA 94304
4   Telephone: (650) 849-6600
    Facsimile: (650) 849-6666
5
    Attorneys for Defendant
6   SYNGENTA CROP PROTECTION, INC.

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE DIVISION)

11

12

13  VALENT U.S.A. CORPORATION AND          CASE NO. 08-cv-0720 RS
    SUMITOMO CHEMICAL CO., LTD.,
14                                          **MANUAL FILING NOTIFICATION**
                    Plaintiffs,             **FOR EXHIBIT 9 TO THE**
15                                          **DECLARATION OF ERIK R. PUKNYS**
            v.                              **IN SUPPORT OF SYNGENTA'S**
16                                          **MOTION TO DISMISS PLAINTIFFS'**
    SYNGENTA CROP PROTECTION, INC.,         **COMPLAINT**
17
                    Defendant.              Hearing Date:  April 18, 2008
18                                          Hearing Time: 9:00 am

19          **DOCUMENT SUBMITTED SEPARATELY UNDER SEAL**

20

21

22

23

24

25

26

27

28

**MANUAL FILING NOTIFICATION**

REGARDING:  The **EXHIBIT 9 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was not efiled for the following reason:

[  ] Voluminous Document (PDF file size larger than the efiling system allows).

[  ] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  March 14, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                          By:_____/s/_____

                                              Erik R. Puknys