1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE DIVISION)

11

12

13  VALENT U.S.A. CORPORATION AND          CASE NO. 08-cv-0720 RS
    SUMITOMO CHEMICAL CO., LTD.,
14                                         **SYNGENTA CROP PROTECTION,
                  Plaintiffs,              INC.'S ADMINISTRATIVE MOTION
15                                         FOR FILING UNDER SEAL;**
          v.
16                                         **SUPPORTING DECLARATION OF
    SYNGENTA CROP PROTECTION, INC.,        ERIK R. PUKNYS;**
17
                  Defendant.               **[PROPOSED] ORDER**
18
                                           Hearing Date:  April 18, 2008
19                                         Hearing Time: 9:00 am

20

21

22

23

24

25

26

27

28

1    **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

2    **1.    Papers Submitted For Filing Under Seal in Their Entireties**

3    Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Defendant Syngenta Crop Protection,

4    Inc. hereby requests leave of Court to file under seal in their entireties the following documents

5    being lodged with the Clerk:

6    a.    Exhibit 1 to the Declaration of Erik R. Puknys in Support of Syngenta's

7    Motion to Dismiss Plaintiff's Complaint. Exhibit 1 consists of a March 30, 2007 letter from

8    Nobuyuko Shinkai to Jonathan D. Sullivan. This communication contains sensitive business

9    information and reflects confidential negotiations between the parties. Accordingly, the exhibit

10    should be filed under seal from public view.

11    b.    Exhibit 2 to the Declaration of Erik R. Puknys in Support of Syngenta's

12    Motion to Dismiss Plaintiff's Complaint. Exhibit 2 consists of an April 2, 2007 letter from Jonathan

13    D. Sullivan to Nobuyuko Shinkai. This communication contains sensitive business information and

14    reflects confidential negotiations between the parties. Accordingly, the exhibit should be filed under

15    seal from public view.

16    c.    Exhibit 3 to the Declaration of Erik R. Puknys in Support of Syngenta's

17    Motion to Dismiss Plaintiff's Complaint. Exhibit 3 consists of an April 2, 2007 letter from Jonathan

18    D. Sullivan to Gerhart Marchand. This communication contains sensitive business information and

19    reflects confidential negotiations between the parties. Accordingly, the exhibit should be filed under

20    seal from public view.

21    d.    Exhibit 6 to the Declaration of Erik R. Puknys in Support of Syngenta's

22    Motion to Dismiss Plaintiff's Complaint. Exhibit 6 consists of an April 23, 2007 letter from

23    Nobuyuko Shinkai to Jonathan D. Sullivan. This communication contains sensitive business

24    information and reflects confidential negotiations between the parties. Accordingly, the exhibit

25    should be filed under seal from public view.

26    e.    Exhibit 8 to the Declaration of Erik R. Puknys in Support of Syngenta's

27    Motion to Dismiss Plaintiff's Complaint. Exhibit 8 consists of a May 30, 2007 letter from

28    Nobuyuko Shinkai to Robert Durand. This communication contains sensitive business information

1    and reflects confidential negotiations between the parties.  Accordingly, the exhibit should be filed

2    under seal from public view.

3               f.          Exhibit 9 to the Declaration of Erik R. Puknys in Support of Syngenta's

4    Motion to Dismiss Plaintiff's Complaint.  Exhibit 9 consists of a July 6, 2007 e-mail from Nobuyuko

5    Shinkai to Robert Durand.  This communication contains sensitive business information and reflects

6    confidential negotiations between the parties.  Accordingly, the exhibit should be filed under seal

7    from public view.

8         As required by Civil Local Rule 79-5(b) and (d), Defendant is lodging with the Clerk copies

9    of these exhibits for filing under seal.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                        **SUPPORTING DECLARATION OF ERIK R. PUKNYS**

2          I, Erik R. Puknys, declare as follows:

3          1.      I am an attorney licensed to practice before this Court and all courts of the State of

4   California, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel

5   for Plaintiffs in the above-entitled action.  I submit this declaration in support of the Syngenta Crop

6   Protection, Inc.'s Administrative Motion for Filing Under Seal.  The matters stated herein are based

7   upon my personal knowledge, and if called as a witness, would testify as to the following statements.

8          2.      The representations made above in this Administrative Motion are true and correct to

9   the best of my knowledge and belief.

10          I declare under penalty of perjury under the laws of the United States that the foregoing is

11   true and correct and this declaration was executed this 14th day of March, 2008 at Palo Alto,

12   California.

13

14

15          By_____/ s /_____
                    Erik R. Puknys
16                  Attorney for Defendant Syngenta Crop Protection,
                    Inc.

17

18

19

20

21

22

23

24

25

26

27

28

1                              **[PROPOSED] ORDER**

2          Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents be filed

3     under seal:

4          1.      Exhibit 1 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

5     Dismiss Plaintiff's Complaint;

6          2.      Exhibit 2 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

7     Dismiss Plaintiff's Complaint;

8          3.      Exhibit 3 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

9     Dismiss Plaintiff's Complaint;

10         4.      Exhibit 6 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

11    Dismiss Plaintiff's Complaint;

12         5.      Exhibit 8 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

13    Dismiss Plaintiff's Complaint; and

14         6.      Exhibit 9 to the Declaration of Erik R. Puknys in Support of Syngenta's Motion to

15    Dismiss Plaintiff's Complaint.

16         **IT IS SO ORDERED.**

17

18    Dated: _____, 2008            _____

19                                        Magistrate Judge Richard Seeburg

20

21

22

23

24

25

26

27

28