Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendants. | CASE NO. 08-cv-0720 RS <br><br> **[PROPOSED] ORDER GRANTING SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

The Court having considered Defendant's Motion to Dismiss Plaintiffs' Complaint,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____, 2008

_____
Richard Seeborg
United States Magistrate Judge