```
 1  Erik R. Puknys
    (CAB #190926; erik.puknys@finnegan.com)
 2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
 3  3300 Hillview Ave
    Palo Alto, CA 94304
 4  Telephone: (650) 849-6600
    Facsimile: (650) 849-6666
 5
    Attorneys for Defendant
 6  SYNGENTA CROP PROTECTION, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendant. | CASE NO. 08-cv-0720 RS <br><br> **CERTIFICATE OF SERVICE** <br><br> Hearing Date: April 18, 2008 <br> Hearing Time: 9:00 am |

MANUAL FILING NOTIFICATION
CASE NO. 08-cv-0720 RS

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On March 14, 2008, I served the following by the indicated means to the persons at the addresses listed:

- **SEALED EXHIBIT 1 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **SEALED EXHIBIT 2 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **SEALED EXHIBIT 3 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **SEALED EXHIBIT 6 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **SEALED EXHIBIT 8 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **SEALED EXHIBIT 9 TO THE DECLARATION OF ERIK R. PUKNYS IN SUPPORT OF SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

| | |
|---|---|
| Reginald Steer (SBN 56324)<br>Amit Kurlekar (SBN 24430)<br>Akin Gump Strauss Hauer & Feld, LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Tel: 415-765-9500<br>Fax: 415-765-9501 | ☐ Via Email<br>☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

On March 14, 2008, following ordinary business practice for collection and sending documents via hand delivery in the ordinary course of business. I sealed said envelope and placed it for hand delivery at our business offices on March 14, 2008, following ordinary business practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this court at whose direction the service was made; and that this declaration was executed on March 14, 2008, at Palo Alto, California.

| | | |
|---|---|---|
| 1 | Dated: March 14, 2008 | /s/ Randal J. Holderfield |
| 2 | | Randal J. Holderfield |
| | | Paralegal |
| 3 | | FINNEGAN, HENDERSON, FARABOW, |
| | | GARRETT & DUNNER, L.L.P. |
| 4 | | 3300 Hillview Avenue |
| | | Palo Alto, California 94304 |
| 5 | | Telephone:   (650) 849-6600 |
| | | Facsimile:   (650) 849-6666 |

2