1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN JOSE DIVISION)

11 | VALENT U.S.A. CORPORATION AND         | CASE NO. 08-cv-0720 RMW
   | SUMITOMO CHEMICAL CO., LTD.,          |
12 |                                       | **SECOND NOTICE OF
   |              Plaintiffs,              | SYNGENTA'S MOTION TO DISMISS
13 |                                       | PLAINTIFFS' COMPLAINT**
   |     v.                                |
14 |                                       | Hearing Date: April 25, 2008
   | SYNGENTA CROP PROTECTION, INC.,       | Hearing Time: 9:00 am
15 |                                       | Courtroom: 4th Floor, #6
   |              Defendant.               |
16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, on April 25, 2008, at 9:00 AM or as soon thereafter as counsel may be heard. Defendant Syngenta Crop Protection, Inc. ("Syngenta") will and hereby does move that the Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismiss the complaint filed by plaintiffs Valent U.S.A. Corporation ("Valent") and Sumitomo Chemical Co. Ltd. ("Sumitomo") (collectively "Plaintiffs") for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. In the alternative, Syngenta respectfully requests that this Court dismiss this action under its discretionary authority to decline adjudication of declaratory judgment ("DJ") actions.

This motion is based on this Notice of Motion and the Memorandum of Points and Authorities and the Supporting Declaration of Erik R. Puknys filed March 14, 2008.

DATED: March 17, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By  / s /
Erik R. Puknys
Attorneys for Defendant Syngenta Crop Protection, Inc.

1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | VALENT U.S.A. CORPORATION AND        | CASE NO. 08-cv-0720 RMW
14 | SUMITOMO CHEMICAL CO., LTD.,
                                          | **[PROPOSED] ORDER GRANTING
15 |            Plaintiff,                | SYNGENTA'S MOTION TO DISMISS
                                          | PLAINTIFFS' COMPLAINT**
16 |     v.

17 | SYNGENTA CROP PROTECTION, INC.,

18 |            Defendants.

19

20      The Court having considered Defendant's Motion to Dismiss Plaintiffs' Complaint,

21      IT IS HEREBY ORDERED that the Motion is GRANTED.

22

23

24   Dated: _____, 2008        _____
                                        Ronald M. Whyte
25                                      United States District Court Judge

26

27

28