**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

## March 17, 2008

**CASE NUMBER:  CV 08-00720 RS**
**CASE TITLE:  VALENT USA CORPORATION-v-SYNGENTA CROP PROTECTION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case reassigned to the **Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 03/17/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION et al,<br><br>        Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC. et al,<br><br>        Defendant.<br>_____/ | Case Number: CV08-00720 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey K. Sherwood
Dickstein & Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403

Weihong Hsing
Panitch Schwarze Belisario & Nadel LLP
2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013

William W. Schwarze
Panitch Schwarze Belisario & Nadel LLP
2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013

Dated: March 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk