UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENT USA CORPORATION, ET AL, | C 08-00720 RS |
| | **AMENDED** |
| | **CLERK'S NOTICE OF** |
| Plaintiff(s), | **IMPENDING REASSIGNMENT** |
| | **TO A UNITED STATES** |
| VS. | **DISTRICT JUDGE** |
| SYNGENTA CROP PROTECTION, INC., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for May 21, 2008 before the Honorable Judge Richard Seeborg will not be held. An initial Case Management Conference will need to be re-set before the newly assigned District Judge.

The parties are directed to contact the Courtroom Deputy of the newly assigned District Judge to re-notice their Motions on that Judge's calendar.

Dated: March 18, 2008        RICHARD W. WIEKING,
                             Clerk of Court

                             /s/_____
                             Martha Parker Brown
                             Deputy Clerk