1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | VALENT U.S.A. CORPORATION AND | CASE NO. 08-cv-0720 VRW
   | SUMITOMO CHEMICAL CO., LTD., |
12 |                               | **RE-NOTICE OF
   |         Plaintiffs,           | SYNGENTA'S MOTION TO DISMISS
13 |                               | PLAINTIFFS' COMPLAINT**
   |         v.                    |
14 |                               | Hearing Date: June 5, 2008
   | SYNGENTA CROP PROTECTION, INC.,| Hearing Time: 2:30 p.m.
15 |                               | Courtroom No. 6, 17th Floor
   |         Defendant.            |
16

17

...

28

                                         Re-Notice of Syngenta's
                                   Motion to Dismiss Plaintiffs' Complaint
                                         Case No. 08-cv-0720-VRW

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, on June 5, 2008, at 2:30 PM or as soon thereafter as counsel may be heard, Defendant Syngenta Crop Protection, Inc. ("Syngenta") will and hereby does move that the Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismiss the complaint filed by plaintiffs Valent U.S.A. Corporation ("Valent") and Sumitomo Chemical Co. Ltd. ("Sumitomo") (collectively "Plaintiffs") for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. In the alternative, Syngenta respectfully requests that this Court dismiss this action under its discretionary authority to decline adjudication of declaratory judgment ("DJ") actions.

This motion is based on this Notice of Motion and the Memorandum of Points and Authorities and the Supporting Declaration of Erik R. Puknys filed March 14, 2008.

DATED:  March 24, 2008          FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                                By      / s /
                                    Erik R. Puknys
                                    Attorneys for Defendant
                                    Syngenta Crop Protection, Inc.

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendants. | CASE NO. 08-cv-0720 VRW <br><br> **[PROPOSED] ORDER GRANTING SYNGENTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

The Court having considered Defendant's Motion to Dismiss Plaintiffs' Complaint,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: _____, 2008

_____
Vaughn R. Walker
United States District Court Judge