Clerk's Use Only

Initial for fee pd.:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bradley J. Olson
**Dickstein Shapiro LLP**
1825 Eye Street NW, Washington, DC  20006-5403
Telephone:  202.420.2684
Facsimile:  202.420.2201
Email:    olsonb@dicksteinshapiro.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD

FILED

08 MAR 21  PM 3: 25

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD

Plaintiffs,

v.

SYNGENTA CROP PROTECTION, INC.

Defendant.

CASE NO.  08 CV 0720 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
***PRO HAC VICE*** (BRADLEY J. OLSON)

Pursuant to Civil L.R. 11-3, Bradley J. Olson, an active member in good standing of the

bar of the District of Columbia, hereby applies for admission to practice in the Northern

District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation

and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

1

2   Reginald Steer
    Akin Gump Strauss Hauer & Feld LLP
3   580 California Street, Suite 1500, San Francisco, CA  94104
    Ph: 415.765.9500

4       I declare under penalty of perjury that the foregoing is true and correct.

5

6   Dated: *March 19*  , 2008                    *Brad Cyf-Olson*
                                                      Bradley J. Olson
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28