Clerk's Use Only

Initial for fee pd.:

Kimberly Parke
**Dickstein Shapiro LLP**
1825 Eye Street NW, Washington, DC 20006-5403
Telephone: 202.420.3538
Facsimile: 202.420.2201
Email: parkek@dicksteinshapiro.com

FILED

06 MAR 21 PM 5: 24

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD<br><br>Plaintiffs,<br>v.<br>SYNGENTA CROP PROTECTION, INC.<br>Defendant. | CASE NO. 08 CV 0720 VRW<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KIMBERLY PARKE) |

Pursuant to Civil L.R. 11-3, Kimberly Parke, an active member in good standing of the bar of the Commonwealth of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

1
2
3

    Reginald Steer
    Akin Gump Strauss Hauer & Feld LLP
    580 California Street, Suite 1500, San Francisco, CA  94104
    Ph: 415.765.9500

4     I declare under penalty of perjury that the foregoing is true and correct.

5

6   Dated: March 18, 2008                  /s/ Kimberly Parke
7                                                                     Kimberly Parke

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28