1  Kimberly Parke
   **Dickstein Shapiro LLP**
2  1825 Eye Street NW
3  Washington, DC 20006-5403
   Telephone: 202.420.3538
4  Facsimile:  202.420.2201
5  Email:      Parkek@dicksteinshapiro.com

6  Attorneys for Plaintiffs
7  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD
8

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD<br><br>Plaintiffs,<br>v.<br><br>SYNGENTA CROP PROTECTION, INC<br><br>Defendant. | CASE NO. 08 CV 0720 VRW<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KIMBERLY PARKE)** |

Kimberly Parke, an active member in good standing of the bar of the Commonwealth of Virginia, whose business address and telephone number is Dickstein Shapiro LLP, 1825 Eye Street NW, Washington, DC, 20006-5403, Telephone No.: 202.420.3538, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Valent U.S.A Corporation and Sumitomo Chemical Co. Ltd ., IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____, 2008

_____
United States District Judge
Chief Judge Vaughn R. Walker