1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:      415-765-9500
4  Facsimile:       415-765-9501
   EMail:            RSteer@AkinGump.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND          Case No. CV 08 0720 VRW
   SUMITOMO CHEMICAL CO. LTD.
11
12              Plaintiffs,              **ADMINISTRATIVE MOTION OF**
                                         **VALENT U.S.A. CORPORATION AND**
13       v.                              **SUMITOMO CHEMICAL CO. LTD. TO**
                                         **FILE EXHIBITS UNDER SEAL**
14 SYNGENTA CROP PROTECTION, INC.
                                         **SUPPORTING DECLARATION OF**
15              Defendant.               **REGINALD D. STEER**

16                                       **[PROPOSED ORDER]**

17

18       **ADMINISTRATIVE MOTION FOR FILING EXHIBITS UNDER SEAL**

19       1.    Papers Submitted for Filing Under Seal in Their Entireties

20       Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Plaintiffs Valent U.S.A. Corporation

21 and Sumitomo Chemical Co. Ltd. hereby request leave of Court to file under seal in their entireties the

22 following documents being lodged with the Clerk:

23       a.    Exhibit 1 to the Declaration of Motoharu Moriya ("Moriya Declaration") in

24 Support of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint. Exhibit 1 consists of

25 an April 2, 2007 letter from Jonathan Sullivan to Nobuyuki Shinkai. This communication contains

26 sensitive business information and reflects confidential negotiations between the parties. Accordingly,

27 the exhibit should be filed under seal from public view.

28

1          b.      Exhibit 2 to the Moriya Declaration.  Exhibit 2 consists of a March 30, 2007

2    letter from Nobuyuki Shinkai to Jonathan Sullivan.  This communication contains sensitive business

3    information and reflects confidential negotiations between the parties.  Accordingly, the exhibit should

4    be filed under seal from public view.

5          c.      Exhibit 3 to the Moriya Declaration.  Exhibit 3 consists of an April 23, 2007

6    letter from Nobuyuki Shinkai to Jonathan Sullivan.  This communication contains sensitive business

7    information and reflects confidential negotiations between the parties.  Accordingly, the exhibit should

8    be filed under seal from public view.

9          d.      Exhibit 4 to the Moriya Declaration.  Exhibit 4 consists of a July 31, 2007 letter

10   from Robert Durand and Hans Fricker to Nobuyuki Shinkai.  This communication contains sensitive

11   business information and reflects confidential negotiations between the parties.  Accordingly, the

12   exhibit should be filed under seal from public view.

13         As required by Civil Local Rule 79-5(b) and (d), Plaintiff is lodging with the Clerk copies of

14   these exhibits for filing under seal.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL                    Case No. CV 08 0720 VRW

1

## SUPPORTING DECLARATION OF REGINALD D. STEER

2      I, Reginald D. Steer, declare as follows:

3      1.      I am an attorney licensed to practice law before this Court and all courts of the State of

4   California, and am a Partner with Akin Gump Strauss Hauer & Feld LLP, counsel for Plaintiffs in the

5   above-entitled action.  I submit this declaration in support of the Administrative Motion of Valent

6   U.S.A. Corporation and Sumitomo Chemical Co. Ltd. to File Exhibits Under Seal.  The matters stated

7   herein are based upon my personal knowledge, and if called as a witness to testify, I could and would

8   competently do so.

9      2.      The representations made above in this Administrative Motion are true and correct to

10  the best of my knowledge and belief.

11      3.      Pursuant to Civil L.R. 7-11(a), I attempted today to contact Erik Puknys, counsel for

12  Defendant, in order to reach a stipulation on this matter.  I could not reach him.

13      I declare under penalty of perjury under the laws of the United States that the foregoing is true

14  and correct and this declaration was executed this 12th day of June, 2008, at San Francisco, California.

15

16  Dated:  June 12, 2008                By _____

17                                          Reginald D. Steer

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL          Case No. CV 08 0720 VRW

**[PROPOSED] ORDER**

Upon good cause shown, IT IS HEREBY ORDERED that the following documents be filed under seal:

1.      Exhibit 1 to the Moriya Declaration in Support of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint.

2.      Exhibit 2 to the Moriya Declaration in Support of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint.

3.      Exhibit 3 to the Moriya Declaration in Support of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint.

4.      Exhibit 4 to the Moriya Declaration in Support of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint.

**IT IS SO ORDERED.**

Dated:  June ___, 2008

_____
Chief Judge Vaughn R. Walker

ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL                    Case No. CV 08 0720 VRW