1  REGINALD STEER (SBN 56324)
   AMIT KURLEKAR (SBN 244230)
2  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
3  San Francisco, California 94104-1036
   Telephone:     415-765-9500
4  Facsimile:     415-765-9501
   EMail:         RSteer@AkinGump.com
5

6  Attorneys for Plaintiffs
   VALENT U.S.A. CORPORATION AND
7  SUMITOMO CHEMICAL CO. LTD.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND     | Case No. CV 08 0720 VRW
   | SUMITOMO CHEMICAL CO. LTD.        |
11 |                                   |
   |              Plaintiffs,          | **PROOF OF SERVICE**
12 |                                   |
   |       v.                          |
13 |                                   |
   | SYNGENTA CROP PROTECTION, INC.    |
14 |                                   |
   |              Defendant.           |
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                    Case No. 08-CV-0720-VRW

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO,

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On June 13, 2008, I served the foregoing document(s) described as follows: **Declaration of Motoharu Moriya In Support Of Plaintiffs' Response to Syngenta's Motion to Dismiss the Complaint (document filed under seal)** on the interested party below, using the following means:

Erik R. Puknys, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304

☒ (BY MESSENGER SERVICE)   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2008 at San Francisco, California.

_____
NANCIE R. WARD

PROOF OF SERVICE                                                                                      Case No. 08-CV-0720-VRW