Case 3:08-cv-00720-VRW   Document 78   Filed 06/09/2008   Page 1 of 2

Clerk's Use Only

Initial for fee pd.:

1  Salvatore Tamburo
2  **Dickstein Shapiro LLP**
   1825 Eye Street NW, Washington, DC 20006-5403
3  Telephone: 202.420.5164
   Facsimile: 202.420.2201
4  Email:    tamburos@dicksteinshapiro.com
5
   Attorneys for Plaintiffs
6  VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD
7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9
   VALENT U.S.A. CORPORATION AND
   SUMITOMO CHEMICAL CO. LTD           CASE NO. 08 CV 0720 VRW
10
11           Plaintiffs,               APPLICATION FOR
         v.                            ADMISSION OF ATTORNEY
12
   SYNGENTA CROP PROTECTION, INC.      *PRO HAC VICE* (SALVATORE TAMBURO)
13           Defendant.

FILED  Feepaid

2008 JUN -9 P 3: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

14   Pursuant to Civil L.R. 11-3, Salvatore Tamburo, an active member in good standing of
15 the bar of the District of Columbia, hereby applies for admission to practice in the Northern
16 District of California on a pro hac vice basis representing Plaintiffs Valent U.S.A. Corporation
17 and Sumitomo Chemical Co. Ltd in the above-entitled action.
18   In support of this application, I certify on oath that:
19   1.  I am an active member in good standing of a United States Court or of the highest
20       court of another State or the District of Columbia, as indicated above;
21   2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
22       Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
23       become familiar with the Local Rules and the Alternative Dispute Resolution
24       programs of this Court; and,
25   3.  An attorney who is a member of the bar of this Court in good standing and who
26       maintains an office within the State of California has been designated as co-
27       counsel in the above-entitled action. The name, address and telephone number of
28       that attorney is:

1  
2  Reginald Steer  
   Akin Gump Strauss Hauer & Feld LLP  
3  580 California Street, Suite 1500, San Francisco, CA  94104  
   Ph: 415.765.9500  

4  I declare under penalty of perjury that the foregoing is true and correct.

5  
6  Dated: ___June 5___, 2008          _____  
7                                            Salvatore Tamburo