1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          (SAN FRANDISCO DIVISION)

11

12

13 | VALENT U.S.A. CORPORATION AND         CASE NO. 08-cv-0720 RS
     SUMITOMO CHEMICAL CO., LTD.,
14                                         **CERTIFICATE OF SERVICE**
              Plaintiffs,
15                                         Hearing Date: April 18, 2008
              v.                           Hearing Time: 9:00 am
16
   SYNGENTA CROP PROTECTION, INC.,
17
              Defendant.
18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 3300 Hillview Avenue, Palo Alto, California 94304.

On June 19, 2008, I served the following by the indicated means to the persons at the addresses listed:

- **SEALED EXHIBIT 1 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 2 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 3 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 4 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 5 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 7 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

- **SEALED EXHIBIT 8 TO THE DECLARATION OF ROBERT DURAND IN SUPPORT OF SYNGENTA'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Reginald Steer (SBN 56324)
Amit Kurlekar (SBN 24430)
Akin Gump Strauss Hauer & Feld, LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Tel: 415-765-9500
Fax: 415-765-9501

☐ Via Email
☐ Via First Class Mail
☒ Via Hand Delivery
☐ Via Overnight Courier
☐ Via Facsimile

1  On June 19, 2008, following ordinary business practice for collection and sending
2 documents via hand delivery in the ordinary course of business. I sealed said envelope and placed it
3 for hand delivery at our business offices on June 19, 2008, following ordinary business practice.
4  I declare under penalty of perjury under the laws of the United States that the
5 foregoing is true and correct; that I am employed in the office of a member of the bar of this court at
6 whose direction the service was made; and that this declaration was executed on June 19, 2008, at
7 Palo Alto, California.

8 Dated: June 20, 2008                         /s/ *Lissette Vazquez*
                                               Lissette Vazquez
9                                              Paralegal
                                               FINNEGAN, HENDERSON, FARABOW,
10                                               GARRETT & DUNNER, L.L.P.
                                               3300 Hillview Avenue
11                                             Palo Alto, California  94304
                                               Telephone:    (650) 849-6600
12                                             Facsimile:    (650) 849-6666