UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** June 26, 2008

**COURTROOM DEPUTY:** Cora Klein            **Court Reporter:** Connie Kuhl

**CASE NO.** C 08-0720 VRW

**TITLE:** Valent USA Corp and Sumitomo Chemical Co Ltd v Syngenta Crop Protection Inc

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**
Jeffrey Sherwood, Reginald Steer            Barbara McCurdy, Michael Flibbert

**PROCEEDINGS:**
1. The parties will draft a protective order (with an Attorneys' Eyes Only designation) as soon as possible.
2. Document request by 6/30/2008.
3. Document production by 7/7/2008.
4. Depositions during the weeks of 7/14 and 7/21.
5. Discovery to be completed by 7/31/2008.
6. Defendant to file new/revised brief by 8/8/2008.
7. Hearing is set for 8/28/2008 at 2:30 p.m.