## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL  MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:**   July 9,   2008

**COURTROOM DEPUTY:** Cora Klein              **Court Reporter:**      Belle Ball

**CASE NO.**  C 08-0720  VRW

**TITLE: Valent USA Corp et al v Syngenta Crop Protection Inc**

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**
Jeff Sherwood, Reginald Steer          Barbarba McCurdy


**PROCEEDINGS:**
          Telephone conference re Plaintiffs' request for emergency motion to compel.

**RESULTS:**
          The deposition of Robert Durand shall proceed as scheduled on Friday, July 11.