Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
SYNGENTA CROP PROTECTION, INC.



FILED
08 JUL 11 PM 2:28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD., <br><br>Plaintiffs, <br><br>v. <br><br>SYNGENTA CROP PROTECTION, INC., <br><br>Defendant. | Civil Action No. 08-cv-0720 VRW <br><br>**APPLICATION FOR ADMISSION OF JENNIFER A. JOHNSON *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Jennifer A. Johnson, an active member in good standing of the bars of the State of California and the District of Columbia hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant, SYNGENTA CROP PROTECTION, INC., in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of the bars of the State of California and the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

FAXED

1

APPLICATION FOR ADMISSION OF
JENNIFER A. JOHNSON PRO HAC VICE
CASE NO. 08-cv-0720 VRW

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney are:

Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
By  / s /
Jennifer A. Johnson
Attorneys for Defendant Syngenta Crop Protection, Inc.