1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | VALENT U.S.A. CORPORATION AND        | Civil Action No. 08-cv-0720 VRW
   | SUMITOMO CHEMICAL CO. LTD.,          |
11 |                                      | [PROPOSED] ORDER GRANTING
   |                 Plaintiffs,          | APPLICATION FOR ADMISSION OF
12 |                                      | JENNIFER A. JOHNSON *PRO HAC*
   |           v.                         | *VICE*
13 |                                      |
14 | SYNGENTA CROP PROTECTION, INC.,      |
15 |                 Defendant.           |

19     Jennifer A. Johnson, an active member in good standing of the bars of the State of California
20 and the District of Columbia, whose business address and telephone number are Finnegan,
21 Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-
22 4413, (202) 408-4000, having applied in the above-entitled action for admission to practice in the
23 Northern District of California on a *pro hac vice* basis, representing Defendant, SYNGENTA CROP
24 PROTECTION, INC.
25     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
26 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
27 *vice.* Service of papers upon and communication with co-counsel designated in the application will
28



1    [PROPOSED] ORDER GRANTING APPLICATION FOR
     ADMISSION OF JENNIFER A. JOHNSON PRO HAC VICE
     CASE NO. 08-cv-0720 VRW

1 | constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.
3 |
4 | Dated: _____
5 |                                             The Honorable Vaughn R. Walker
                                                United States District Judge