1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendant
6  SYNGENTA CROP PROTECTION, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 VALENT U.S.A. CORPORATION AND             Civil Action No. 08-cv-0720 VRW
   SUMITOMO CHEMICAL CO. LTD.,
11                                           [PROPOSED] ORDER GRANTING
                  Plaintiffs,                APPLICATION FOR ADMISSION OF
12                                           JENNIFER A. JOHNSON *PRO HAC*
         v.                                  *VICE*
13
   SYNGENTA CROP PROTECTION, INC.,
14
                  Defendant.
15

16

17

18

19      Jennifer A. Johnson, an active member in good standing of the bars of the State of California

20 and the District of Columbia, whose business address and telephone number are Finnegan,

21 Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, D.C., 20001-

22 4413, (202) 408-4000, having applied in the above-entitled action for admission to practice in the

23 Northern District of California on a *pro hac vice* basis, representing Defendant, SYNGENTA CROP

24 PROTECTION, INC.

25      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27 *vice*. Service of papers upon and communication with co-counsel designated in the application will

28

AXED

                                              1    [PROPOSED] ORDER GRANTING APPLICATION FOR
                                                   ADMISSION OF JENNIFER A. JOHNSON PRO HAC VICE
                                                   CASE NO. 08-cv-0720 VRW

1  constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

4  Dated:  7/17/2008



The Honorable Vaughn R. Walker
United States District Judge