UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  July 24,  2008

**C 08-0720 VRW**

**VALENT USA CORP,  SUMITOMO CHEMICAL**  v  **SYNGENTA CROP PROTECT**

Attorneys : For Plaintiff(s):   Jeffrey Sherwood

For Defendant(s):    Barbara McCurdy

Deputy Clerk: Cora Klein                                            Reporter:  Kathy Wyatt

PROCEEDINGS:                                                         RULING:
1.
2.
3.

Telephone Conference re discovery issues  - Held.

Syngenta shall produce  to plaintiffs for deposition the correct witness   who will testify on the subject of jurisdiction.