REGINALD STEER (SBN 56324)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
EMail:        RSteer@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC. <br><br> Defendant. | Case No. CV 08 0720 VRW <br><br> **ADMINISTRATIVE MOTION OF VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. TO FILE EXHIBITS UNDER SEAL** <br><br> **SUPPORTING DECLARATION OF KIMBERLY R. PARKE** <br><br> [~~PROPOSED~~ ORDER] |

### ADMINISTRATIVE MOTION FOR FILING EXHIBITS UNDER SEAL

1.  <u>Papers Submitted for Filing Under Seal in Their Entireties</u>

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd. hereby request leave of Court to file under seal in their entireties the following documents being lodged with the Clerk:

    a.  Letter to Judge Walker Regarding Emergency Motion to Compel. This communication contains sensitive business information. Accordingly, the letter should be filed under seal from public view.

        b.       Exhibit 1 to the Letter to Judge Walker. Exhibit 1 consists of an April 23, 2007 letter from Ralf Jesse to Jonathan Sullivan. This communication contains sensitive business information. Accordingly, the exhibit should be filed under seal from public view.

        c.       Exhibit 2 to the Letter to Judge Walker. Exhibit 2 consists of Plaintiffs' Deposition Notice Pursuant to Federal Rule of Evidence 30(b)(6). This document request contains sensitive business information and reflects confidential negotiations between the parties. Accordingly, the exhibit should be filed under seal from public view.

As required by Civil Local Rule 79-5(b) and (d), Plaintiff is lodging with the Clerk copies of these exhibits for filing under seal.

## SUPPORTING DECLARATION OF REGINALD D. STEER

I, Kimberly R. Parke, declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of Virginia and am admitted *pro hac vice* to practice before this Court, and am an Associate with Dickstein Shapiro LLP, counsel for Plaintiffs in the above-entitled action. I submit this declaration in support of the Administrative Motion of Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd. to File Exhibits Under Seal. The matters stated herein are based upon my personal knowledge, and if called as a witness to testify, I could and would competently do so.

2. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

3. Pursuant to Civil L.R. 7-11(a), I attempted to contact Jennifer A. Johnson, counsel for Defendant, in order to reach a stipulation on this matter. I was unable to reach her.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 21st day of July, 2008, at Washington, District of Columbia.

Dated: July 21, 2008         By *Kimberly Parke*
                              Kimberly R. Parke

1 <center>[PROPOSED] ORDER</center>

Upon good cause shown, IT IS HEREBY ORDERED that the following documents be filed under seal:

1. The July 21, 2008 Letter to Judge Walker from Jeffrey K. Sherwood.
2. Exhibit 1 to the July 21, 2008 Letter to Judge Walker from Jeffrey K. Sherwood.
3. Exhibit 2 to the July 21, 2008 Letter to Judge Walker from Jeffrey K. Sherwood

**IT IS SO ORDERED.**

Dated: July 24, 2008



Chief Judge Vaughn R. Walker