REGINALD STEER (SBN 56324)
AMIT KURLEKAR (SBN 244230)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501
EMail:        RSteer@AkinGump.com

Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION AND
SUMITOMO CHEMICAL CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Case No. CV 08 0720 VRW<br><br>**ADMINISTRATIVE MOTION OF VALENT U.S.A. CORPORATION AND SUMITOMO CHEMICAL CO. LTD. TO FILE THE JOINT MOTION FOR TWO-MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY SCHEDULE PURSUANT TO L.R. 7-11 UNDER SEAL**<br><br>SUPPORTING DECLARATION OF SALVATORE P. TAMBURO<br><br>[PROPOSED ORDER] |

## ADMINISTRATIVE MOTION FOR FILING JOINT MOTION FOR TWO MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY PROCEDURAL SCHEDULE PURSUANT TO L.R. 7-11 UNDER SEAL

1. <u>Papers Submitted for Filing Under Seal in Their Entireties</u>

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (d), Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd. hereby request leave of Court to file under seal in its entirety the following document being lodged with the Clerk:

---

1        a.    Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery
Schedule Pursuant to L.R. 7-11. This Joint Motion contains sensitive business information. Accordingly, the Joint Motion should be filed under seal from public view.

      As required by Civil Local Rule 79-5(b) and (d), Plaintiff is lodging with the Clerk a copy of this Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery Schedule.

1  **SUPPORTING DECLARATION OF SALVATORE P. TAMBURO**

2  I, Salvatore P. Tamburo, declare as follows:

3  1. I am an attorney licensed to practice law before all courts of the State of New York and the District of Columbia and am admitted *pro hac vice* to practice before this Court, and am a Partner with Dickstein Shapiro LLP, counsel for Plaintiffs in the above-entitled action. I submit this declaration in support of the Administrative Motion of Valent U.S.A. Corporation and Sumitomo Chemical Co. Ltd. to File Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery Schedule Under Seal. The matters stated herein are based upon my personal knowledge, and if called as a witness to testify, I could and would competently do so.

2. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

3. Counsel for Defendant has stipulated to filing the Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery Schedule under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 1st day of August, 2008, at Washington, District of Columbia.

Dated: August 1, 2008      By /s/Salvatore P. Tamburo
                                              Salvatore P. Tamburo

# [PROPOSED] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents be filed under seal:

1. The August 1, 2008 Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery Schedule Pursuant to L.R. 7-11.

**IT IS SO ORDERED.**

Dated: August ___, 2008

_____
Chief Judge Vaughn R. Walker

---

4
ADMINISTRATIVE MOTION TO FILE JOINT MOTION UNDER SEAL                     Case No. CV 08 0720 VRW
DSMDB-2479332v01