REGINALD STEER (SBN 56324)
rsteer@akingump.com
AMIT KURLEKAR (SBN 244230)
akurlkar@akingump.com
**AKIN GUMP STRAUS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:  415-765-9500
Facsimile:   415-765-9501
Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION
and SUMITOMO CHEMICAL COMPANY, LTD.

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666
Attorney for Defendant
SYNGENTA CROP PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VALENT U.S.A. CORPORATION and SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendant. | **CASE NO. 08-CV-0720 VRW** <br><br> **FILED UNDER SEAL** <br><br> **JOINT MOTION FOR TWO-MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY SCHEDULE PURSUANT TO L.R. 7-11 AND PROPOSED ORDER** |

## CONCISE STATEMENT OF RELIEF REQUESTED

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████. The parties believe that a two-month stay is necessary to facilitate licensing discussions between the parties and ████, with the goal being to resolve this litigation without the need for further Court involvement. The parties agree that such a stay would allow the parties and ████ to focus on a business resolution of the current litigation, thus conserving the Court's and the parties' valuable resources.

## MEMORANDUM

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

A stay is requested by the parties to enable them to conduct negotiations toward a business agreement, and it is believed that a two-month period should be sufficient, taking into account that there are three parties involved, the logistical difficulties inherent in the parties' (and their

JOINT MOTION FOR TWO-MONTH STAY PURSUANT TO L. R. 7-11                    CASE NO. 08-CV-0720 VRW

foreign affiliates') geographically widespread locations (Japan, Europe, and the U.S.) and the complications that arise when the parties speak different languages.

In furtherance of this agreed joint motion, the parties also agree that:

(1) All pending discovery, including the remaining document discovery and depositions of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shall be postponed during the two-month stay; however, in the event that a resolution of this lawsuit is not reached by the end of the two-month stay, the parties agree that all document discovery and remaining depositions will be re-scheduled and no objection to such discovery shall be made by any party by reason of this stay or by reason of any communications between SCC, Syngenta or ▓▓ regarding settlement that may be made during the period of the stay; however, additional relevant discovery, if any, including depositions, is not precluded by the stay;

(2) In the event that a resolution of this lawsuit is not reached by the end of the two-month stay, the parties will jointly move the Court on or shortly after October 1, 2008, to reset the briefing schedule on Syngenta's motion to dismiss consistent with the timing of the schedule that is now in place;

(3) This joint request is not evidence in support of or in opposition to Syngenta's motion to dismiss for lack of subject matter jurisdiction, but is instead an agreement under F.R.E. 408 which is not admissible or usable for such purpose.

The parties will proceed in any manner desired by the Court in order to accommodate the Court's busy schedule and other pressing matters.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:   August 1, 2008 | By:   /s/Jeffrey K. Sherwood |
| 3 | | Jeffrey K. Sherwood |
| 4 | | Attorney for Plaintiffs Valent U.S.A. Corporation and Sumitomo Chemical |
| 5 | | Company, Ltd. |
| 6 | | By:   /s/Michael J. Flibbert |
| 7 | | Michael J. Flibbert |
| 8 | | Attorney for Defendant Syngenta Crop Protection, Inc. |

**Counsel for Plaintiffs**:

Arthur Wineburg, *Admitted Pro Hac Vice*
Daniel E. Yonan, *Admitted Pro Hac Vice*
Michael A. Oakes, *Admitted Pro Hac Vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Jeffrey K. Sherwood ,*Admitted Pro Hac Vice*
Salvatore P. Tamburo, *Admitted Pro Hac Vice*
Kimberly R. Parke, *Admitted Pro Hac Vice*
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: 202.420.2200
Facsimile: 202.420.2201

William W. Schwarze, *Admitted Pro Hac Vice*
Weihong Hsing, *Admitted Pro Hac Vice*
PANITCH SCHWARZE BELISARIO & NADEL LLP
2005 Market Street
Suite 2200
Philadelphia, PA 19103
Telephone: 215.965.1330
Facsimile: 215.965.1331

- 4 -

**Counsel for Defendant:**

Barbara C. McCurdy, *Admitted Pro Hac Vice*
Michael J. Flibbert, *Admitted Pro Hac Vice*
Jennifer A. Johnson, *Admitted Pro Hac Vice*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VALENT U.S.A. CORPORATION and SUMITOMO CHEMICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.,<br><br>Defendant. | CASE NO. 08-CV-0720 VRW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR TWO-MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY SCHEDULE |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR TWO-MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY SCHEDULE

PURSUANT TO STIPULATION, IT IS SO ORDERED.


_____                               _____
        Date                                                      Chief Judge Vaughn R. Walker

## Certificate of Service

The undersigned hereby certifies that on August 1, 2008, he served a copy of the attached JOINT MOTION FOR TWO-MONTH STAY OF THE CURRENT JURISDICTIONAL DISCOVERY SCHEDULE PURSUANT TO LR 7-11 AND PROPOSED ORDER by electronic mail to the persons hereinafter named, at the place and address stated below:

Barbara C. McCurdy
Michael J. Flibbert
Michael J. Leib
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue NW
Washington, DC 20001-4413
E-mail: barbara.mccurdy@finnegan.com
E-mail: michael.flibbert@finnegan.com
E-mail: michael.leib@finnegan.com

Eric R. Puknys
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304
E-mail: erik.puknys@finnegan.com

Attorneys for Defendant Syngenta Crop Protection, Inc.

/s/ Salvatore P. Tamburo
Salvatore P. Tamburo