IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENT USA CORP and SUMITOMO CHEMICAL CO, | No   C 08-720 VRW |
| Plaintiffs, | ORDER |
| v | |
| SYGENTA CROP PROTECTION, INC, | |
| Defendant. | |

Pursuant to the parties' joint motion for two-month stay of the jurisdictional discovery schedule, the schedule will proceed as follows:

1. Discovery to be completed by 9/29/2008.

2. Defendant to file new/revised brief with respect to jurisdiction by 10/7/2008.

3. Hearing is set for 10/30/2008 at 2:30 p.m.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge