# [~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents be filed under seal:

1. The August 1, 2008 Joint Motion for Two-Month Stay of the Current Jurisdictional Discovery Schedule Pursuant to L.R. 7-11.

**IT IS SO ORDERED.**

Dated: August 5, 2008



_____
Judge Vaughn R Walker
GRANTED