# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Valent U.S.A. Corporation,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Syngenta Crop Protection, Inc.,<br><br>            Defendant(s). | 08-00720 VRW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00720 VRW                                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: September 4, 2008
9                                              RICHARD W. WIEKING
                                                Clerk
10                                             by:    Lisa M. Salvetti
11
12  _____
                                                ADR Administrative Assistant
13                                              415-522-2032
                                                lisa_salvetti@cand.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

Case Name:      Valent U.S.A. Corporation v. Syngenta Crop Protection, Inc.

Case Number:    08-00720 VRW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Amit Arun Kurlekar
> Akin Gump Strauss Hauer & Feld LLP
> 580 California St.
> Suite 1500
> San Francisco, CA 94104
> akurlekar@akingump.com
>
> Reginald David Steer
> Akin Gump Strauss Hauer & Feld LLP
> 580 California Street
> 15th Floor
> San Francisco, CA 94104
> rsteer@akingump.com
>
> Michael A Oakes
> Akin Gump Strauss Hauer & Feld LLP
> 1333 New Hampshire Avenue NW
> Washington, DC 20036
>
> William W. Schwarze
> Panitch Schwarze Belisario & Nadel LLP

2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013

Arthur Wineburg
Akin Gump Strauss Hauer & Feld LLP
1133 New Hampshire Avenue, NW
Washington, DC 20036-4305

Jason A Snyderman
Akin Gump Strauss Hauer & Feld LLP
One Commerce Square
2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013

Weihong Hsing
Panitch  Schwarze Belisario & Nadel LLP
2005 Market Street
Suite 2200
Philadelphia, PA 19103-7013

Daniel E Yonan
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Washington, DC 20036

Jeffrey K Sherwood
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
sherwoodj@dicksteinshapiro.com

Bradley J. Olson
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006
olsonb@dicksteinshapiro.com

Kimberly Rae Parke
Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
parkek@dicksteinshapiro.com

Elizabeth Hannah Rader
Alston + Bird
3000 El Camino Real
Suite 400
Palo Alto, CA 94306
elizabeth.rader@alston.com

Salvatore P. Tamburo
Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006
tamburos@dicksteinshapiro.com

Erik Raymond Puknys
Finnegan, Henderson, Farabow, Garrett &
3300 Hillview Avenue
Palo Alto, CA 94304
erik.puknys@finnegan.com

Barbara Clarke McCurdy
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue NW
Washington, DC 20001-4413
barbara.mccurdy@finnegan.com

Michael John Flibbert
Finnegan Henderson Farabow Garrett & Dunner, LLP
901 New York Avenue
Washington, DC 20001
michael.flibbert@finnegan.com

Michael J Leib
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue NW
Washington, DC 20001-4413

Jennifer Amy Johnson
Finnegan Henderson Farabow Garrett & Dunner
901 New York Ave., NW
Washington, DC 20001
jennifer.johnson@finnegan.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Lisa M. Salvetti

                *[signature]*

                ADR Administrative Assistant
                415-522-2032
                lisa_salvetti@cand.uscourts.gov