REGINALD STEER (SBN 56324)
rsteer@akingump.com
AMIT KURLEKAR (SBN 244230)
akurlkar@akingump.com
**AKIN GUMP STRAUS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:  415-765-9500
Facsimile:  415-765-9501
Attorneys for Plaintiffs
VALENT U.S.A. CORPORATION
and SUMITOMO CHEMICAL COMPANY, LTD.

Erik R. Puknys
(CAB #190926; erik.puknys@finnegan.com)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666
Attorney for Defendant
SYNGENTA CROP PROTECTION, INC.

[ADDITIONAL APPEARANCES SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VALENT U.S.A. CORPORATION and SUMITOMO CHEMICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, INC., <br><br> Defendant. | **CASE NO. 08-CV-0720 VRW** <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1
2  Plaintiffs Sumitomo Chemical Co. Ltd. and Valent U.S.A. Corporation and Defendant Syngenta
3  Crop Protection Inc., hereby stipulate to the dismissal of this action with prejudice pursuant to
4  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and
5  attorneys' fees.
6
7
8  DATED:   September 30, 2008            By: _____
                                           Jeffrey K. Sherwood
9                                          Attorney for Plaintiffs Valent U.S.A.
                                           Corporation and Sumitomo Chemical
10                                         Company, Ltd.
11
12
13                                         By: _____
                                           Michael J. Flibbert
14                                         Attorney for Defendant Syngenta Crop
15                                         Protection, Inc.
16  **Counsel for Plaintiffs**:
17
18  Arthur Wineburg, *Admitted Pro Hac Vice*
    Michael A. Oakes, *Admitted Pro Hac Vice*
19  AKIN GUMP STRAUSS HAUER & FELD LLP
    1333 New Hampshire Ave, N.W.
20  Washington, D.C. 20036
    Telephone: 202.887.4000
21  Facsimile: 202.887.4288
22
    Jeffrey K. Sherwood, *Admitted Pro Hac Vice*
23  Salvatore P. Tamburo, *Admitted Pro Hac Vice*
    Kimberly R. Parke, *Admitted Pro Hac Vice*
24  DICKSTEIN SHAPIRO LLP
    1825 Eye Street, N.W.
25  Washington, D.C. 20006
    Telephone: 202.420.2200
26  Facsimile: 202.420.2201
27
28

- 2 -

PROPOSED ORDER DISMISSING CASE                                    CASE NO. 08-CV-0720 VRW

William W. Schwarze, *Admitted Pro Hac Vice*
Weihong Hsing, *Admitted Pro Hac Vice*
PANITCH SCHWARZE BELISARIO & NADEL LLP
2005 Market Street
Suite 2200
Philadelphia, PA 19103
Telephone: 215.965.1330
Facsimile: 215.965.1331

**Counsel for Defendants:**

Barbara C. McCurdy, *Admitted Pro Hac Vice*
Michael J. Flibbert, *Admitted Pro Hac Vice*
Jennifer A. Johnson, *Admitted Pro Hac Vice*
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408.4400

- 3 -

PROPOSED ORDER DISMISSING CASE     CASE NO. 08-CV-0720 VRW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VALENT U.S.A. CORPORATION<br>and SUMITOMO CHEMICAL CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.,<br><br>Defendant. | **CASE NO. 08-CV-0720 VRW**<br><br>**JOINT STIPULATION PURSUANT TO L.R. 7-12** |

### [~~PROPOSED~~] ORDER DISMISSING CASE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

September 30, 2008
Date

Chief Judge Vaughn R. Walker

- 4 -

PROPOSED ORDER DISMISSING CASE      CASE NO. 08-CV-0720 VRW

# Certificate of Service

The undersigned hereby certifies that on September 30, 2008, she served a copy of the attached STIPULATION OF DISMISSAL by electronic mail to the persons hereinafter named, at the place and address stated below:

Barbara Clarke McCurdy
Michael John Flibbert
Michael J. Leib
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue NW
Washington, DC 20001-4413
E-mail: barbara.mccurdy@finnegan.com
E-mail: michael.flibbert@finnegan.com
E-mail: michael.leib@finnegan.com

Eric Raymond Puknys
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304
E-mail: erik.puknys@finnegan.com

Attorneys for Defendant Syngenta Crop Protection, Inc.

/s/ Kimberly R. Parke
Kimberly R. Parke